FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 16 2022 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br> Petitioner, <br> v. <br> MAURICE ROBINSON <br> Respondent. | Misc. Action No. <br> **MISC 22-1472** <br> Underlying Action Pending in the United States District Court for the Central District of California: N.T.A.A., INC.(NO TALK ALL ACTION), RYAN ROBINSON V. NORDSTROM, INC. AND NIKE, INC. (C.D. CAL. 2:21-CV-00398-DDP-AGR) <br> **GONZALEZ, J.** |

### NOTICE OF MOTION TO ENFORCE A RULE 45 SUBPOENA AND MOTION FOR ORDER TO SHOW CAUSE WHY NON-PARTY MAURICE ROBINSON IS NOT IN CONTEMPT PURSUANT TO FED. R CIV. P. 45(g)

PLEASE TAKE NOTICE that upon the May 13, 2022 Declaration of Joshua Schwartzman and the exhibits annexed thereto, and the accompanying memorandum of law, NIKE, Inc. ("NIKE"), by its undersigned counsel, moves this Court for an order to enforce Respondent, Maurice Robinson, to comply with the Subpoena to Testify at a Deposition in a Civil Action issued by NIKE compelling Maurice Robinson to appear for the deposition and provide testimony, and/or for an order to show cause as to why Maurice Robinson should not be held in contempt for failing to comply with the valid Subpoena to Testify at a Deposition in a Civil Action pursuant to Fed. R. Civ. P. 45(g).

Dated: New York, New York  **DLA PIPER LLP (US)**
May 16, 2022

By: */s/ Tamar Y. Duvdevani*
Tamar Y. Duvdevani
DLA PIPER LLP
1251 Avenue of the Americas FL. 27
New York, NY 10020-1104
Telephone: (212) 335-4500

Joshua Schwartzman
DLA PIPER LLP
1251 Avenue of the Americas FL. 27
New York, NY 10020-1104
Telephone: (212) 335-4500

*Attorneys for Peitioner NIKE, Inc.*