

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 16 2022 ★
BROOKLYN OFFICE

MISC 22-1472

GONZALEZ, J.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MISCELLANEOUS CASE INFORMATION SHEET

| PLAINTIFF: | DEFENDANT: |
|---|---|
| Nike, Inc. | Maurice Robinson |

**IN THE MATTER OF:**
N.T.A.A., Inc.(NO TALK ALL ACTION), Ryan Robinson v. Nordstrom, Inc. and Nike, Inc. (C.D. Cal. 2:21-cv-00398-DDP-AGR)

**CAUSE OF ACTION:**
Contempt action for failure to comply with a valid Fed. R. Civ. P. 45 deposition subpoena

**RELIEF SOUGHT:**
Order to show cause why non-party witness is not in contempt for failing to comply with a valid Rule 45 Non-Party Subpoena to testify at a deposition in a civil action and to enforce compliance with the subpoena

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| Tamar Y. Duvdevani<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212)335.4500<br>tamar.duvdevani@us.dlapiper.com | |

I am currently a member in good standing of the bar of this Court:  ☑ YES  ☐ NO

**Signature of Attorney of Record:** _[signature]_  **Date:** May 16, 2022