

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

June 24, 2022
*Via ECF*

The Honorable Judge Hector Gonzalez
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom: 6A South

**Re:** *Nike, Inc. v. Robinson*, No. 1:22-mc-1472 (E.D.N.Y.)

Dear Judge Gonzalez:

Pursuant to the Court's June 15, 2022 order (ECF No. 7), petitioner Nike, Inc. ("Nike") respectfully submits this letter to update the Court on the status of this action.[1]

On May 17, 2022, NIKE served Mr. Robinson with the Court's order granting Nike's motion to compel Mr. Robinson to comply with the Subpoena to Testify at a Deposition (ECF. Nos. 5-6). Mr. Robinson eventually responded by text message to NIKE's counsel, and on June 2, 2022, Mr. Robinson appeared via videoconference for the deposition.

Nike having so deposed the witness, Mr. Robinson, and Mr. Robinson having complied with the Court's Order (ECF No. 5), NIKE respectfully submits that this action can be closed. NIKE thanks the Court for its prompt assistance in this matter.

Respectfully submitted,


*/s/ Tamar Y. Duvdevani*
Tamar Y. Duvdevani
**DLA Piper LLP (US)**
1251 Avenue of The Americas, 27th Fl.
New York, NY 10020
Telephone: (212) 335-4500
Email: tamar.duvdevani@us.dlapiper.com

*Attorney for Petitioner Nike, Inc.*

---

[1] Counsel for NIKE reached out to Mr. Robinson to obtain his consent to file this letter jointly, but no response was provided.